## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 12-855-JST (PJWx)            Date: July 23, 2012

Title: Charles Timothy Clime v. Wells Fargo Home Mortgage, Inc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                          Not Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT, CASE NO. 30-2012-00548851**

        On July 10, 2012, the Court ordered Defendant Wells Fargo Bank, N.A. ("Wells Fargo") to show cause why this case should not be remanded for lack of subject matter jurisdiction. (Doc. 7.) The Court noted that it had previously concluded that Wells Fargo is a citizen of California, and therefore, the requirement of complete diversity is not met. (*Id.*) Wells Fargo filed a response on July 16, 2012, in which Wells Fargo indicated that it disagrees with this Court's analysis and conclusion in *Tran v. Wells Fargo Bank NA, et al.*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), Doc. 15. (Resp. to Order to Show Cause, Doc. 8.) However, the Court declines to reconsider its conclusion in *Tran*. Accordingly, the Court concludes that it lacks subject matter jurisdiction, and REMANDS this case to Orange County Superior Court, Case No. 30-2012-00548851.

                                                                                  Initials of Preparer: enm